UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

# 291519

IN RE:                                              CASE NO. 07-17462-BKC-RAM
SERGIO L. HERNANDEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
JUL 2 6 2011
FILED / RECEIVED

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   100.82  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

　　　Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

　　　WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

JUL 2 5 2011

Date: _____                         _____
                                                     NANCY N. HERKERT
                                                     CHAPTER 13 TRUSTEE

Copies to:

SERGIO L. HERNANDEZ
2901 SW 24 STREET
MIAMI, FL 33145

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

US DEPT OF EDUCATION
NATIONAL PAYMENT CENTER
P.O. BOX 4169
GREENVILLE, TX 75403

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   07-17462-BKC-RAM
SERGIO L. HERNANDEZ

                              CHAPTER 13


SERGIO L. HERNANDEZ

2901 SW 24 STREET
MIAMI, FL 33145


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


US DEPT OF EDUCATION          ---------$         100.82
NATIONAL PAYMENT CENTER
P.O. BOX 4169                                UNDELIVERABLE/STALE
GREENVILLE, TX 75403                         CLAIM REGISTER# 16

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130